1  E. MARTIN ESTRADA
   United States Attorney
2  CAMERON L. SCHROEDER
   Assistant United States Attorney
3  Chief, National Security Division
   AARON FRUMKIN (Cal. Bar No. 308479)
4  Assistant United States Attorney
   Cyber & Intellectual Property Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6799
7       Facsimile: (213) 894-2927
        E-mail:    Aaron.Frumkin@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
NOVEMBER 15, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AF_____ DEPUTY

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,           No. 2:23-cr-00560-SB

13           Plaintiff,                 GOVERNMENT'S *EX PARTE* APPLICATION
                                        FOR ORDER SEALING INDICTMENT AND
14           v.                         RELATED DOCUMENTS; DECLARATION OF
                                        AARON FRUMKIN
15  IVAN KOVALEV,
                                        **(UNDER SEAL)**
16           Defendant.

17

18      The government hereby applies ex parte for an order that the

19  indictment and any related documents in the above-titled case (except

20  the arrest warrants for the charged defendant) be kept under seal

21  until the government files a "Report Commencing Criminal Action" in

22  this matter.

23  //

24  //

25  //

26  //

27  //

28  //

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of AARON FRUMKIN.

Dated: November 14, 2023        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division


         /s/
AARON FRUMKIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF AARON FRUMKIN**

I, AARON FRUMKIN, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. Ivan Kovalev, No. Enter Case No., the indictment in which is being presented to a federal grand jury in the Central District of California on November 15, 2023.

2. Defendant has not been taken into custody on the charges contained in the indictment and has been informed that he is being named as a defendant in the indictment to be presented to the grand jury on November 15, 2023. The likelihood of apprehending defendant might jeopardized if the indictment in this case was made publicly available before defendant is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 14, 2023.

                                          /s/
                                    _____
                                    AARON FRUMKIN

1