UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
11/15/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF<br>      v.<br>IVAN KOVALEV,<br><br>                    DEFENDANT(S) | CASE NUMBER<br><br>CR No.    2:23-cr-00560-SB<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Kenneth Carter</u> Case No. 2:23CR561-MCS, and <u>United States v. Georg Popov</u>, Case No. 2:23CR562-JAK, which:

   _____   was previously assigned to the Honorable NAME;

   _____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __x__   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   _____   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

   Additional explanation (if any):

Dated: November 14, 2023

                                                                                                                        */s/*<br>
                                                                                            AARON FRUMKIN<br>
                                                                                            Assistant United States Attorney