# *Memorandum*

2:23-cr-00560-SB



```
          FILED
  CLERK, U.S. DISTRICT COURT

        11/15/2023

  CENTRAL DISTRICT OF CALIFORNIA
  BY:      JB       DEPUTY
```

Subject:
United States v. Ivan Kovalev

Date:
November 14, 2023

To:

**KIRY K. GRAY**
Clerk, United States District Court
Central District of California

From:

AARON FRUMKIN
Assistant United States Attorney
National Security Division

The above-referenced matter, being filed on November 15, 2023:

- Relates to (1) a matter that was pending in the USAO on or before January 13, 2023, the date the Honorable Stephanie S. Christensen resigned from her position as the First Assistant United States Attorney for the Central District of California; or (2) a matter in which Stephanie S. Christensen was personally involved or about which she was personally consulted while employed in the USAO (between April 2008 and July 2023).

/s/
AARON FRUMKIN
Assistant United States Attorney